

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00032-CR

THOMAS MUNOZ, Appellant          §     On Appeal from Criminal District Court No. 1

                                 §     of Tarrant County (1779341)

V.                               §     January 8, 2026

                                 §     Memorandum Opinion by Justice Wallach

THE STATE OF TEXAS               §     (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment on Count No. 2. The judgment on Count No. 2 is modified to delete the $100 Child Abuse Prevention Fine and reflect a total fine of $5,000.00. It is ordered that the judgment on Count No. 2 of the trial court is affirmed as modified. It is ordered that the judgment on Count No. 4 of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach